UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- X
MARY WEST,                                        :
on behalf of herself and
all others similarly situated,                    :

    Plaintiff,                 :       Case No.: 1:15-cv-06080-WHP

    v.                          :       **STIPULATION OF VOLUNTARY**
                                        **DISMISSAL PURSUANT TO F.R.C.P.**
EHARMONY, INC.,                                   :       **41(A)(1)(A)(II)**

    Defendant.                  :
------------------------------------------------- X

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

    **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against the defendant eHarmony, Inc. pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective costs and fees.

_____          _____
Lee Litigation Group, PLLC               DLA Piper LLP (US)
C.K. Lee, Esq.                           Joseph Piesco, Esq.
30 East 39th Street, Second Floor        1251 Avenue of the Americas
New York, NY 10016                       New York, NY 10020
*Attorney for Mary West*                 *Attorney for eHarmony Inc.*

Dated: November 16, 2015                 Dated: November ___, 2015

So Ordered:

_____
Hon. William H. Pauley, III, U.S.D.J.